UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sanford Alscott Shipp**  Docket No. 7:12-CR-65-1BO

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Sanford Alscott Shipp, who, upon an earlier plea of guilty to Counts 1 and 2- Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), Count 3- Possession With Intent to Distribute a Quantity of Cocaine Base (Crack) and a Quantity of Marijuana, in violation of 21 U.S.C. § 841 (a)(1), Count 4- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), and Count 5- Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 12, 2013, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 8, 2016, the Court reduced the imprisonment term to 140 months. Sanford Alscott Shipp was released from custody on March 2, 2022, at which time the term of supervised release commenced.

On December 14, 2023, as a result of the defendant committing the criminal offenses of Driving While Impaired, Driving While License Revoked, Unsealed Liquor in Passenger Area, and Reckless Driving (23CR 473178), in Sampson County, North Carolina, the Court modified the conditions of supervision to include drug aftercare, alcohol abstinence, and that the defendant submit himself to and abide by all the terms and conditions of the Remote Alcohol Monitoring Program for a period not to exceed 45 days. On February 16, 2024, as a result of the defendant submitting positive alcohol tests on January 27 and January 28, 2024, failing to provide alcohol tests on January 10, 14, and 22, 2024, and providing a urine sample on January 31, 2024, that tested positive for marijuana, the Court modified the conditions of supervision to extend the term of remote alcohol monitoring for an additional 30-days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 16 and 17, 2024, the defendant submitted positive alcohol tests. When confronted, he admitted to consuming alcohol. Also, on February 17, 2024, when confronted, the defendant admitted to travelling outside of the Eastern District of North Carolina without permission. The defendant continues with substance abuse counseling and is enrolled in the Surprise Urinalysis Program. Treatment has been increased to include group counseling. As a punitive sanction, it is respectfully recommended that the defendant submit himself to a 60-day curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: February 23, 2024 |

Sanford Alscott Shipp
Docket No. 7:12-CR-65-1BO
Petition For Action
Page 2

ORDER OF THE COURT

Considered and ordered this ___25___ day of ___Feb.___, 2024, and ordered filed and made a part of the records in the above case.

_____*Terrence Boyle*_____
Terrence W. Boyle
United States District Judge